

FILED

OCT 2 1 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____
DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:21-CT-3321

(To be filled out by Clerk's Office only)

Jonathan Andre Gilmore

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 22026-058

-against-

LT. Andrews, SIS LT. Shaw, ~~Officers~~ ~~████~~, officer Crenshaw, and Captain keith Martin

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☑ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Jonathan Andre Gilmore
Name

22026-058
Prisoner ID #

F.C.I. Butner 1
Place of Detention

old North carolina highway 75
Institutional Address

Butner                    N.C.                    27509
City                        State                    Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☑ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☑ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: LT, Andrews
Name

Opperation Liiaetenant
Current Job Title

Old NC highway 75
Current Work Address

Butner                    N.C.           27509
City                      State          Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Defendant 2: SIS LT, Shaw
Name

SIS Lineteman (retired within last month)
Current Job Title

(Recently retired) old NC highway 75
Current Work Address

Butner                    NC             27509
City                      State          Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Case 5:21-ct-03321-D    Document 1    Filed 10/21/21    Page 3 of 12

**Defendant(s) Continued**

Defendant 3: Kevin Crenshaw
Name

Prison officer
Current Job Title

old NC highway 75
Current Work Address

Butner                    N.C.              27509
City                      State             Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Defendant 4: Keith Martin
Name

Captain K. Martin
Current Job Title

Old NC highway 75
Current Work Address

Butner                    N.C.              27509
City                      State             Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: Butner 1 Federal prison In the Lieutenants office

Date(s) of occurrence: 12/4/2020 and 12/8/2020

State which of your federal constitutional or federal statutory rights have been violated:

First and 8th Amendments

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

@ 8:30 Am

On 12/4/2020 I was escorted to the Lieutenants office by officer Crenshaw. (for "dis obeying a direct order") (As exhibit A shows, I was offering zero resistence) upon arrival LT. Andrews began a verbal assault calling the plaintiff a sex offender/and cho-mo stating " All you chomo/sex offenders think you run the compound." I would be called a sex offender several more times! violating B.O.P policy, and clearly established civil law, Inmate/this writer would (having been in the right from the start,) have all incident reports dismissed the same day and return to the unit.

Almost right away multiple people, and rumors, came my way, calling me a cho-mo/sex offender and asking me why I had lied on my charge. This writer wrote the incident up with inmate grievance process.

Who did what to you?

Page 5 of 10

Then on 12/8/2020, after this writer wrote up the 12/4/20 incident, as well as DR. Lauren Dells phd (Staff psychologist) whom was also present during the 12/4/20 verbal assault and wrote it up as an internal memo/staff misconduct), I would be retaliated against for excersizing my First Amendment right. At nine AM, on 12/8/2020 I arrived at the Lieutenats office seeking protective custody because of the ammount of grief I was getting for being called/labeled a cho-mo/sex offender. (Exhibit B includes two witness statements confirming level of threat I faced.) Staff would sit me outside, by myself, from 9:15 AM until 10:54 AM, and then would be called back into the LT's office by Captain keith martin.

During a pat down, captain martin took my mp3 player, and R-10's head phones and slammed them on the ground (for no penological purpose) I bent to pick them up, and Captain keith martin grabbed me from behind, slammed me on the ground. I would be handcuffed, and my feet shackled (offering zero resistence) then LT. Andrews stepped over, and kicked me in my face area connecting with my Mouth/lip area, while I had a covid-19 mask on, and blood would begin to choke me up.

Captain keith martin would then, while on my back, punch me twice in my side/rib area, and lower back area. Both violations

Page 6 of 10

**What was your injury?**

on of BOP policy and clearly established law, (exhibit D) a medical evaluation on 12/9/2020 one day after incident confirms injuries of a physical nature.

In exhibit C you'll note Defendant, captain Keith Martin Stated "MR. Gilmore, during a pat search attempted to flea the area" this is his excuse (for my disruptive behavior) and for use of force.

That force, kicking an inmate, and punching him, while shackled and handcuffed caused Serious mental & injuries, along with physical ones as well.

As noted in exhibit C, you'll note on page 2 unit team dismissed and through out the incident report of saying I was trying to flea the area.

I was in the Lineteants office. I came up myself seeking Staff protective custody! I sat outside by myself for 90 minutes waiting to be seen.

So they have no room or claim, to make, to justify use of force.

Yes I did cuss out staff, after I was physically assaulted!

I am so paranoid of further retalia tion, and people who abuse their power, anxiety grips me at times.

<u>Conclusion</u> 8/21/2020

Two violations of this writers civil rights transpired.

1.) Cruel and unusual punnishments being faced with being labeled/called a cho-mo/sex offender by LT. Andrews. Assaulted, both cruel punnishment and retaliation. Then because this writer used his right to file a grievance, was retaliated against aganist, by LT. Andrews, and Captain keith Martin with physical violence by being subjected to punnishments of being kicked in the face and mouth, and punched multiple times.

This violence & served no penological intrest. The plaintiff was cuffed, and shackled, offering zero resistence. Not accused of resistence. And the incident report the captain wrote to Justify use of force? That the plaintiff was "fleeing the area" <u>was thrown out</u> because of lack of merit, lack of evidence, and obviously a lie.
That conduct was atrocious, extreme and outragous. The intent was to inflict physical and emotional distress and act so recklessly, with such clear disregard for BOP policy, and clearly established law, physical and emotional distress were the obvious outcome, which is why such behavior is ripe for a jury to decide.
2.)Then, <u>LT.s Andrews, LT. Shaw, Captain Martin and Officer Crenshaw all violated first Amendment retalia</u>tion violations by lying in statements, and LT. Shaw lying about her "investigation" LT. Shaw egged on stuff as they beat on me and said "Your not so tough

Case 5:21-ct-03321-D   Document 1   Filed 10/21/21   Page 8 of 12

√In an attempt to justify there deplorable and malicious behavior, lied in reports.

This retaliatory behavior violates this writers FN st Amendment right to grievance with out retaliation from Goverment. The physical assault was retaliation. That is why this writer/plaintiff has provided the documentation set here within. To show facial plausibility via factual content, not mere conclusions but truth and facts that show the right to relief above a speculative level, putting inmates in danger, labeled as a sex offender, along with assaulting him are cruel punnishments. To so easily abuse an inmate physically, and emotionally/mentally, violate their own policies as well as clearly established law(s) is why this is ripe for a jury to decide.

To label a prisoner a cho-mo/sex offender with inmates, 10 feet away is beyond dangerous. (You'll see in exhibit E the Bop's own criteria for risk of being a victim, and aspects that put you in hi gher risk, one aspect is being a sex offender/ cho-mo so, if staff labeled me such, and rumors spread, and inmates changed their behavior towards me, putting me clearly in harms way, how is th at punnishment not ripe for a jury?

This is why the defendants face sued in their individual capacities, and why relief can be and is sought.

All this true to the best of the plaintiffs knowledge ————— Jonnathan Gilmore
8/21/2021

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

If no, explain why not:

Exhausted in full.
Not only that, as original grievances from 12/4/2020 and 12/8/2020 were filed and denied at Institution, and Regional, and central office levels because of the "local investigation" that took

Is the grievance process completed?  ☐ Yes  ☐ No

If no, explain why not:

Place, on 8/16/2021 SIS LT. Robinson, came and interviewed me, and stated the SIA would be to see me soon?? DR. Oelle as of 8/1/2021 had not been interviewed (A staff member who can cooberate the 12/4/2020 verbal assault.)

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1.) Due to care level 3 mental health psych. Alert status, a lawyer to protect the plaintiffs rights. Due to a flagrant violation of civil rights !.

2.) one million U.S. Dollars - For nominal, punitive, and compensatory purposes. And to hold officials responsible for abusing their power. And to deter future problems and abuse of power by officials and staff here at Butner, and within the B.o.P.

3.) Jury Trial.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

In 13 years in custody, the plaintiff has never sought relief, in any civil matter, in federal court. Only motions filed in his criminal case currently in custody for.

And the plaintiff made several more attempts prior to mailing this to informally resolve said issues, and was turned away, and mocked, trying to avoid litigation.

## IX.  PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

8/21/2021
Dated

Plaintiff's Signature

Jonathan Andre Gilmore
Printed Name

2026-058
Prison Identification #

Po Box 1000          Butner          N.C.          27509
Prison Address         City           State        Zip Code